☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

| In re: | *Obed Ramirez* | Case No. |
|---|---|---|
| Debtors: | | Chapter 13 |

### CHAPTER 13 PLAN

**ADDRESS:**   (1) *40 Annondale Cv*
*Oakfield, TN 38362*   (2) _____

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ *150.00*   (☑) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: *ReCon Houston, TX 77064-7509*

**1. THIS PLAN [Rule 3015.1 Notice]:**
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION   ☐ YES   ☑ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**
*None*
Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____
Approximate arrearage: _____
Monthly Plan Payment: $ _____

**5. PRIORITY CLAIMS:**
*-NONE-*   Amount _____ $ _____

**6. HOME MORTGAGE CLAIMS:** ☑ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:
*USDA Rural Development*   ongoing payment begins _____
Approximate arrearage: _____   Interest _____   _____

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *World Acceptance* | *1,500.00* | *7.00* | $*30.00* |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *Global Lending Service* *Adequate Protection Payment: $110.00* | *22,000.00* | *7.00* | $*440.00* |
| *OneMain* | *3,000.00* | *7.00* | $*60.00* |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*Credit Acceptance*   Collateral: *2013 Dodge Journey*

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *-NONE-* | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
*None*                                                      ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$29,332.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐           %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*Progressive Leasing: Tires. Lease No. 15741550*                  ☑ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                       Date *August 12, 2019*              .
**C. Jerome Teel, Jr. 016310**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**             /al